UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODNEY WILLIAMS,
ADC #79899                                                                                            PLAINTIFF

V.                              5:16CV00320 JM/JTR

DANNY BURL, Warden,
Tucker Max Unit, ADC, et al.                                                               DEFENDANTS

## ORDER

The Court has reviewed the recommendation submitted by United States Magistrate Judge J. Thomas Ray and the objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.    This case is dismissed without prejudice for failing to state a claim upon which relief may be granted.

2.    Dismissal is a "strike," as defined by 28 U.S.C. § 1915(g).

3.    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 17th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE